UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KRISTI KIMBALL,**

    **Plaintiff,**

v.                                   Case No.  8:07-cv-511-T-30TGW

**MIRKO RUDMAN, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

      Before the Court is the Plaintiff's Voluntary Dismissal (Dkt. #6).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

      1.     This cause is dismissed.

      2.     All pending motions are denied as moot.

      3.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on July 11, 2007.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-511.dismissal 6.wpd